**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID MOHAMMAD, | No. C 06-03498 WHA |
| Plaintiff, | **ORDER REFERRING CASE** |
| v. | |
| ANDY LIU, | |
| Defendant. / | |
| KHALID MOHAMMAD, | No. C 05-02383 RMW |
| Plaintiff, | |
| v. | |
| STATE OF CALIFORNIA AND MONTEREY COUNTY LAW ENFORCEMENT, | |
| Defendants. / | |

*Mohammad v. Liu*, C 06-03498 WHA, is referred to Judge Ronald M. Whyte for consideration of whether it is related to *Mohammad v. California*, C 06-3498 RMW.

**IT IS SO ORDERED.**

Dated: June 1, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE